UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHALE TESTING SOLUTIONS, LLC | ) | Civil Action No. 4:15-cv-1623 |
|  | ) | Judge Benita Y. Pearson |
| Plaintiff | ) | |
|  | ) | Magistrate Judge |
| vs. | ) | Kathleen B. Burke |
|  | ) | |
| LEONG YING | ) | |
|  | ) | **AFFIDAVIT OF** |
|  | ) | **PROPOSED NEW PARTY,** |
| Defendant | ) | **FRANK O'CONNOR** |

The Court having granted Plaintiff's Motion for Leave to File the Affidavit of Frank O'Connor, Plaintiff respectfully submits the same for filing herewith.

Respectfully submitted,

*/s/ James W. Slater*

James W. Slater (Ohio Bar # 0002379)
Richard V. Zurz, Jr. (Ohio Bar #0007978)
Sean C. Buchanan (Ohio Bar #0084569)
SLATER & ZURZ, LLP
One Cascade Plaza, Suite 2210
Akron OH 44308-1135
(330) 762-0700
(330) 762-3923 (fax)
jslater@slaterzurz.com

Roger D. Emerson (Ohio Bar #0037731)
Andrew S. Curfman
EMERSON THOMPSON BENNETT, LLP
1914 Akron Peninsula Rd.
Akron OH 44313
(330) 434-9999
(330) 434-8888 (fax)

Attorneys for Plaintiff
Shale Testing Solutions, LLC

SLATER & ZURZ LLP
ATTORNEYS & COUNSELORS AT LAW
ONE CASCADE PLAZA
SUITE 2210
AKRON, OHIO 44308-1135
TELEPHONE (330) 762-0700
FAX (330) 762-3923

### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing, together with the attached Affidavit of Frank O'Connor, was served by email and regular first-class U.S. mail on Defendant's counsel, Gerard F. Dunne, Law Office of Gerard F. Dunne, P.C., 41 Union Square West, New York NY 10003 on this 19th day of October, 2015.

_____
James W. Slater (0002379)
Richard V. Zurz, Jr. (0007978)
Sean C. Buchanan (0084569)
Attorneys for Plaintiff

SLATER & ZURZ LLP
ATTORNEYS & COUNSELORS AT LAW
ONE CASCADE PLAZA
SUITE 2210
AKRON, OHIO 44308-1135
TELEPHONE (330) 762-0700
FAX (330) 762-3923

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHALE TESTING SOLUTIONS, LLC | ) | Civil Action No. 4:15-cv-1623 |
| | ) | Judge Benita Y. Pearson |
| Plaintiff | ) | |
| | ) | Magistrate Judge |
| vs. | ) | Kathleen B. Burke |
| | ) | |
| LEONG YING | ) | **AFFIDAVIT OF** |
| | ) | **FRANK O'CONNOR** |
| | ) | |
| Defendant | ) | |

STATE OF OHIO      )
                              ) ss:
COUNTY OF _____ )

FRANK O'CONNOR, being first duly sworn and cautioned according to law, deposes and states as follows:

1. I am over 18 years of age, and am competent to testify. The statements in this Affidavit are true and accurate, based on my personal knowledge.

2. I am the sole inventor named in U.S. patent no. 9,068,961 (the '961 patent). I believe that I am in fact the sole inventor of the process described in said patent.

3. My entire interest in the '961 patent was assigned to Shale Testing Solutions, LLC (STS), the plaintiff in this action.

4. Although it is contended that I must receive both notice and an

opportunity to be heard in this action, I have received notice, and I have no interest in being made a party to this action.

5. My interest in retaining the status as sole inventor with respect to the '961 patent is identical to the interest of Plaintiff STS in this matter.

6. I am confident that STS will fully and fairly represent my interest in this action, and I hereby waive any right I may have to represent said interest herein, and/or to challenge, directly or indirectly, any decision made by this Court pertaining to the inventorship of the process described in the '961 patent.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Frank O'Connor

See attached

SWORN TO before me and subscribed in my presence on this _____ day of _____, 2015.

_____
Notary Public

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____   _____
*Signature of Document Signer No. 1*   *Signature of Document Signer No. 2 (if any)*

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of Riverside

Subscribed and sworn to (or affirmed) before me on this 28 day of September, 20 15, by
(1) Frank O'Connor
(and (2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

ERICA ANN DOMINGUEZ
Commission # 2084022
Notary Public - California
Riverside County
My Comm. Expires Sep 29, 2018

*Seal*
*Place Notary Seal Above*

——————————————— **OPTIONAL** ———————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Affidavit of Frank O'Connor    Document Date: 9/28/15
Number of Pages: 1    Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910