UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHALE TESTING SOLUTIONS, LLC | ) | Civil Action No. 4:15-cv-1623 |
| | ) | Judge Benita Y. Pearson |
| Plaintiff | ) | |
| | ) | Magistrate Judge |
| vs. | ) | Kathleen B. Burke |
| | ) | |
| LEONG YING | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendant | ) | |

The parties have reached an agreement and are awaiting execution of the final settlement agreement.  Upon execution of the agreement, the case will be dismissed and such dismissal is expected within the week, or the latest, next week.

The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Dated: _____

_____
Judge Benita Y. Pearson

Youngstown, Ohio

/s/  James W. Slater
James W. Slater #0002379
Slater & Zurz, LLP
One Cascade Plaza, Suite 2210
Akron, Ohio  44308
330-762-0700
jslater@slaterzurz.com
Attorney for Plaintiff

/s/ Gerard F. Dunne
Gerard F. Dunne # GD3323
Law Office of Gerard F. Dunne, P.C.
41 Union Square, Suite 1125
New York, NY 10003
212-645-2410
Jerry.dunne@dunnelaw.net
*Attorney for Defendant*