PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHALE TESTING SOLUTIONS, LLC, | ) | |
| | ) | CASE NO. 4:15CV1623 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| LEONG YING, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

On January 19, 2016, the Court was informed by the proposed Stipulation of Dismissal ([ECF No. 18](#)) that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before February 18, 2016, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Case Management Conference set for tomorrow, January 20, 2016, is cancelled.

IT IS SO ORDERED.

| | |
|---|---|
| January 19, 2016 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |